In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00225-CR

                                                ______________________________

 

 

                                DAVID JOHN BLUMEN, III,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 102nd
Judicial District Court

                                                             Bowie County, Texas

                                                       Trial Court
No. 10F0702-102

 

                                                    
                                              

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            David John
Blumen, III, has filed pro se a notice of appeal from his conviction of
unlawful possession of a firearm by a felon. 
On our review of the clerk’s record, we noted that the trial court’s
certification of right of appeal stated that this was a plea agreement case and
that Blumen has no right of appeal.  

            Unless a
certification, showing that a defendant has the right of appeal, is in the
record, we must dismiss the appeal. 
See Tex. R. App. P.
25.2(d).  

            Because the
trial court’s certification affirmatively shows Blumen has no right of appeal,
and because the record before us does not reflect that the certification is
incorrect, see Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim.
App. 2005), we must dismiss the appeal.

            We
dismiss the appeal for want of jurisdiction. 

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          December
16, 2010

Date Decided:             December
17, 2010

 

Do Not Publish